Motion Granted; Appeal Dismissed and Memorandum
Opinion filed August 4, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00809-CV

____________

 

THE SCOTT PARTNERSHIP ARCHITECTURE, INC., Appellant

 

V.

 

WEINGARTEN REALTY INVESTORS, Appellee

 



 

On Appeal from the 295th District Court

Harris County, Texas

Trial Court Cause No. 2008-62999

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed May 17, 2010.  On July 28, 2011, appellant
filed a motion to dismiss the appeal because the case has been settled.  See
Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Frost, Brown, and McCally.